**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  13-cv-01811-REB-KMT

UNITED STATES OF AMERICA, for the use and benefit of
DARO TECH, LTD, a Colorado corporation,

     Plaintiffs,

v.

CENTERRE GOVERNMENT CONTRACTING GROUP, LLC, a Colorado limited liability company,
BERKLEY REGIONAL INSURANCE COMPANY, a Delaware corporation,
KIEWIT CORPORATION, a Delaware corporation,
TURNER CONSTRUCTION COMPANY, a New York corporation,
KIEWIT-TURNER A JOINT VENTURE, a joint venture doing business in Colorado,
TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICAN, a Connecticut corporation,
FEDERAL INSURANCE COMPANY, a New Jersey corporation,
FIDELITY AND DEPOSIT COMPANY OF MARYLAND/ZURICH AMERICAN INSURANCE COMPANY, an Illinois corporation,
LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts corporation, and
THE CONTINENTAL INSURANCE COMPANY, an Illinois corportion,

     Defendants.

---

### MINUTE ORDER[1]

---

     The following motions are before the court: (1) **Defendant Centerre Government Contracting Group, LLC's Motion To Dismiss Plaintiff's First, Third, Fifth, Sixth and Seventh Claims For Relief or, in the Alternative, Motion To Stay The Proceedings** [#45]; and (2) **Defendant Berkley Regional Insurance Company's Motion To Dismiss Plaintiff's First and Third Claims For Relief or, in the Alternative, Motion To Stay The Proceedings** [#46] both filed September 6, 2013. Both motions are **STRICKEN** for failure to comply with REB Civ. Practice Standard IV.B.1.

     Dated:  September 10, 2013

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.