IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 13–cv–01811–REB–KMT

UNITED STATES OF AMERICA, for the use and benefit of
DARO TECH, LTD., a Colorado corporation,

      Plaintiffs,

v.

CENTERRE GOVERNMENT CONTRACTING GROUP, LLC, a Colorado limited liability company,
BERKLEY REGIONAL INSURANCE COMPANY, a Colorado corporation,
KIEWIT-TURNER A JOINT VENTURE, a Joint Venture doing business in Colorado,
TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,
FEDERAL INSURANCE COMPANY, a New Jersey corporation,
FIDELITY AND DEPOSIT COMPANY OF MARYLAND/ZURICH AMERICAN INSURANCE COMPANY, an Illinois corporation,
LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts corporation, and
THE CONTINENTAL INSURANCE COMPANY, an Illinois corporation,

      Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

"Plaintiff Daro Tech, Ltd.'s Motion for Leave to Amend the Complaint" (Doc. No. 86, filed December 23, 2013) is **GRANTED**, pursuant to Fed. R. Civ. P. 15(a)(2), based on Defendant Centerre Government Contracting Group, LLC and Defendant Berkley Regional Insurance Company's Response to Plaintiff's Motion for Leave to Amend the Complaint, in which they state that if the Motions to Dismiss are denied, they will have no objection to the proposed amendment to the Complaint (Doc. No. 93 at 3), and based on the lack of objections from the other defendants (Doc. Nos. 92). *See also Foman v. Davis*, 371 U.S. 178, 182 (1962) (Absent "undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party by virtue of allowance of the amendment, futility of amendment," motion to amend should be freely given.).

No later than March 28, 2014, Plaintiff may file its First Amended Complaint, adding a Breach of Contract - Intended Third Party Beneficiary claim against Berkley Regional Insurance Company, consistent with District Judge Blackburn's "Order Adopting Recommendation of the United States Magistrate Judge" (Doc. No. 99).

Dated: March 24, 2014